United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE HOLWAY,<br>Plaintiff,<br>v.<br>CENTRAL NETWORK RETAIL GROUP, LLC,<br>Defendant. | Case No. 26-cv-10834-TSH<br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to *Rathjen v. Central Network Retail Group, LLC*, 25-cv-06410-RFL and/or *Morse v. Central Network Retail Group, LLC*, 25-cv-06411-RFL.

**IT IS SO ORDERED.**

Dated: September 23, 2026

THOMAS S. HIXSON
United States Magistrate Judge